**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY ANIELLO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTEOSTASIS THERAPEUTICS, INC., MEENU CHHABRA, DAVID ARKOWITZ, FRANKLIN BERGER, BADRUL A. CHOWDHURY, KIM COBLEIGH DRAPKIN, EMMANUEL DULAC, JEFFREY W. KELLY, and YUMANITY THERAPEUTICS, INC.,<br><br>Defendants. | Case No.: 1:20-cv-08578<br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Anthony Aniello ("Plaintiff") voluntarily dismisses this action without prejudice as to both the Plaintiff's individual claims and the claims of the putative class. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is without prejudice as to the members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 24, 2020

Respectfully submitted,

*s/ Evan Smith*

**BRODSKY & SMITH, LLC**

Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Counsel for Plaintiff*